**CGFD33** (10/01/16)



**ORDERED in the Southern District of Florida on September 7, 2021**

**Mindy A Mora**
United States Bankruptcy Judge

## United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 21–16717–MAM

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Michael Bleich
6166 NW 23rd St.
Boca Raton, FL 33434

SSN: xxx–xx–8509

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Michael R Bakst, having filed a final report, is discharged and this case is closed.

# # #